# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

CHRISTOPHER G. SANDERS  CIVIL ACTION NO. 13-2590-P

VERSUS  JUDGE FOOTE

JAMIE FUSSELL, ET AL.  MAGISTRATE JUDGE HORNSBY

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted, in accordance with 28 U.S.C. § 1915(e)(2)(ii).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this _____ day of March, 2016.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE